UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81772-CIV-DIMITROULEAS

MICHAEL REGER
MLR HOLDINGS 2020, LLC,

    Plaintiff,

vs.

ALL THINGS GEL, LLC,
et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALL THINGS GEL, LLC

THIS CAUSE is before the Court upon Plaintiffs MICHAEL R. REGER and MLR HOLDINGS 2020, LLC, ("Plaintiffs")'s Motion for Default Judgment against ALL THINGS GEL, LLC ("ATG"), filed July 3, 2023. [DE 95]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs filed a Complaint on November 15, 2022 and an Amended Complaint on December 27, 2022. *See* [DE's 1, 15]. Defendant ATG Laboratories Corp ("ATG") was served with the Amended Complaint on or about May 5, 2023. *See* [DE 73]. As of the date of this Order, Defendant ATG has not responded to the Amended Complaint. On June 12, 2023, the Clerk issued an entry of default as to Defendant ATG. *See* [DE 93]. On July 3, 2023, Plaintiffs filed the instant motion for default judgment. [DE 95].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **July 17, 2023,** Defendant ALL THINGS GEL, LLC shall show cause why the Court should not grant Plaintiffs' Motion for Default Judgment [DE 95];

2. Failure to respond will result in the Court granting the Motion and entering a default judgment against Defendant ATG;

3. The Clerk is **DIRECTED** to mail a copy of this Order to Defaulting Defendant ALL THINGS GEL, LLC at the addresses listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

ALL THINGS GEL, LLC
c/o Peter Cordani, Registered Agent
6866 Briarlake Circle
Palm Beach Gardens, FL 33418