UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81772-CIV-DIMITROULEAS

MICHAEL REGER
MLR HOLDINGS 2020, LLC,

    Plaintiff,

vs.

ALL THINGS GEL, LLC,
et al.,

    Defendants.
_____/

**ORDER APPROVING REPORTS & RECOMMENDATIONS OF MAGISTRATE JUDGE; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' VERIFIED MOTION TO ENFORCE INJUNCTION, FOR CONTEMPT, AND FOR SANCTIONS**

    THIS CAUSE is before the Court upon Plaintiffs' Verified Motion to Enforce Injunction, for Contempt, and for Sanctions [DE 123] (the "Motion"); United States Magistrate Judge Ryon M. McCabe's April 15, 2024 Preliminary Report & Recommendation and May 14, 2024 Final Report & Recommendation (collectively, the "Reports") [DE's 238, 251]; and Plaintiffs' Objection to Report and Recommendation [DE 281]. The Court has carefully considered these filings, the entire docket, and is otherwise fully advised in the premises. The Court notes that Magistrate Judge McCabe held a 4.5 hour evidentiary hearing on the Motion on March 28, 2024 in which he heard argument of counsel, admitted exhibits, and admitted sworn testimony of several witnesses. *See* [DE 216].

    A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the

portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc*., 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1).

Accordingly, the Court has undertaken a *de novo* review of the record and Plaintiffs' Objection to Report and Recommendation [DE 281]. Having carefully considered the Plaintiffs' Objection, the Court overrules the Objection. The Court agrees with the Magistrate Judge's analysis and conclusions regarding the alleged violations at issue that forms the basis for Plaintiffs' Motion. *See* [DE's 238, 251]. The Court also agrees with the Magistrate Judge's analysis and conclusion regarding a fair and appropriate amount of the civil contempt sanction considering the facts and circumstances of this case. *See* [DE 251].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Reports [DE's 238, 251] are hereby **APPROVED**;
2. Plaintiffs' Objection to Report and Recommendation [DE 281] is **OVERRULED**;
3. Plaintiffs' Verified Motion to Enforce Injunction, for Contempt, and for Sanctions [DE 123] is hereby **GRANTED IN PART AND DENIED IN PART** as follows:
    a. The Motion is **DENIED** as to Logan Cordani.

      b. The Motion is **DENIED** as to Mark Daniels.

      c. The Motion is **GRANTED IN PART** as to Peter Cordani.

          i. Peter Cordani shall continue to make requests to YouTube to remove the content of @PeterCordani2160 and @Atglabs6524. He shall provide YouTube with a copy of this Order as proof that he has been ordered to do so by this Court.

          ii. Peter Cordani shall remove from his LinkedIn page all posts and/or videos that feature or refer to the FireIce products or the link to the @PeterCordani2160 YouTube page.

          iii. Peter Cordani shall pay to Plaintiffs, as a civil contempt sanction, the reasonable attorneys' fees incurred in bringing this Motion, with adjustments to account for the fact that Plaintiffs achieved only partial success.

    **DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of May, 2024.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Judge McCabe

Counsel of Record