UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81772-CIV-DIMITROULEAS

MICHAEL REGER
MLR HOLDINGS 2020, LLC,

    Plaintiff,

vs.

ALL THINGS GEL, LLC,
et al.,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE; DENYING PLAINTIFFS' MOTIONS FOR CONTEMPT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Contempt [DE 309] and Plaintiffs' Amended Motion for Contempt [DE 334] (collectively, the "Motions") and United States Magistrate Judge Ryon M. McCabe's August 22, 2024 Report & Recommendation on DE 334 (the "Report") [DE 345]. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 345] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). The Court notes that Magistrate Judge McCabe held an evidentiary hearing on the Motions on August 19, 2024. *See* [DE 337].

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 345] and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's analysis and conclusions regarding the alleged violations at

issue that forms the basis for Plaintiffs' Motions for Contempt. *See* [DE 345]. The Court also agrees with the Magistrate Judge's analysis and conclusion regarding deeming paragraph 3(c)(i) of the May 2024 Order satisfied and relieving Cordani of any further obligation to "continue to make requests to YouTube." *See* [DE's 282, 345].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 345] is hereby **APPROVED**;

2. The Motions for Contempt [DE's 309, 345] are hereby **DENIED;**

3. Paragraph 3(c)(i) of the May 29, 2024 Order [DE 282] is hereby deemed satisfied;

4. Peter Cordani is hereby relieved of any further obligations to "continue to make requests to YouTube." *See id.*

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of September, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Judge McCabe

Counsel of Record